ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2008 JUN 25 A 8:54

CLERK

| | |
|---|---|
| KEVIN SHAWN BLYDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 107-031 |
| ) | (Formerly CR 198-049) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the R&R of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of the United States of America.

SO ORDERED this 25th day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE